UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSTAR SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LIENWAND, et al.,<br><br>    Defendants. | Case No. 3:15-cv-03718-JD<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 28 |

The Court is advised that the parties have settled. Dkt. No 28. Consequently, the Court vacates all pretrial and trial deadlines and dismisses this case without prejudice. If any party certifies to the Court within sixty days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice after the passage of the sixty days.

Dated: December 14, 2015

                                                                         _____
                                                                         JAMES DONATO
                                                                         United States District Judge